IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TODD CIBULKA, SHELLY CIBULKA,

    Plaintiffs,

vs.

Case No. 18-CV-537

UNIVERSITY OF WISCONSIN POLICE
DEPARTMENT, UWPD OFFICERS
BARRETT ERWIN, COREY JOHNSON
AND JEFF ELLIS,

MADISON POLICE DEPARTMENT, MPD
OFFICERS HECTOR RIVERA, JOSE
MARTINEZ, HANNAH BOULDEN,
TRENT SCALON, AND JAMAR GARY,

DANE COUNTY SHERIFF'S OFFICE,
DCSO OFFICERS MARK ANDERSON,
BRANDI ANDERSON, LUKE DEIBELE,
NATHAN KATZENMEYER,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Todd Cibulka and Shelly Cibulka, Plaintiffs in the above captioned case hereby appeal to the United States Court of Appeals for the Seventh Circuit from the decision and order dated March 23, 2020 and the final judgment entered in this action on the 25th day of March, 2020.

Dated: April 22, 2020

DAVEY & GOLDMAN

/s/ Lisa C. Goldman
Lisa C. Goldman, SBN  1029893
Davey & Goldman

5609 Medical Circle, Suite 101
Madison, WI 53719
(608) 630-9700 (telephone)
(608) 205-5645 (facsimile)
lgoldman@daveygoldman.com (email)

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, April 22, 2020, I electronically filed Plaintiffs' Notice of Appeal, PDF Formatted, with the Clerk of Court for the Western District of Wisconsin using the CME/ECF system. The Defendants, are represented by attorneys who are registered users of the United States District Court Western District of Wisconsin CME/ECF system.

Dated: April 22, 2020

                                              DAVEY & GOLDMAN

                                                 /s/ Lisa C. Goldman
                                              Lisa C. Goldman, SBN 1029893
                                              Davey & Goldman
                                              5609 Medical Circle, Suite 101
                                              Madison, WI 53719
                                              (608) 630-9700 (telephone)
                                              (608) 205-5645 (facsimile)
                                              lgoldman@daveygoldman.com (email)

                                              Attorneys for Plaintiff